UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAUL V ROGERS,<br><br>            Petitioner,<br><br>    v.<br><br>PAT GLEBE,<br><br>            Respondent. | CASE NO. C12-5984 RJB-JRC<br><br>ORDER GRANTING IN FORMA PAUPERIS STATUS |

The Court, having reviewed petitioner's application to proceed in forma pauperis, does hereby find and ORDER:

Petitioner's application for leave to proceed in forma pauperis (ECF No. 1) is GRANTED.

The Clerk is directed to mail a copy of this Order to Petitioner.

Dated this 21st day of November, 2012.

*[signature]*

J. Richard Creatura
United States Magistrate Judge