UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PAUL V ROGERS,

               Petitioner,

     v.

PAT GLEBE,

               Respondent.

CASE NO. C12-5984 RJB-JRC

ORDER GRANTING IN FORMA
PAUPERIS STATUS

The Court, having reviewed petitioner's application to proceed in forma pauperis, does hereby find and ORDER:

Petitioner's application for leave to proceed in forma pauperis (ECF No. 1) is GRANTED.

The Clerk is directed to mail a copy of this Order to Petitioner.

Dated this 21st day of November, 2012.

J. Richard Creatura
United States Magistrate Judge